UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SciMAT LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 00-CV-12502 (JLT) |
| ) | |
| HOLLINGSWORTH & VOSE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## SciMAT LIMITED'S ANSWER TO HOLLINGSWORTH & VOSE COMPANY'S COUNTERCLAIMS

Plaintiff and defendant in counter-claim SciMAT Limited ("SciMAT") by way of answer to Hollingsworth & Vose Company's ("Hollingsworth & Vose") counterclaims, says:

### COUNTERCLAIMS

38. SciMAT admits that, on information and belief, Hollingsworth & Vose is a Massachusetts corporation having a place of business in East Walpole, Massachusetts.

39. SciMAT admits.

40. SciMAT admits that an actual controversy exists between itself and Hollingsworth & Vose and that the controversy relates to infringement of patents owned by SciMAT. SciMAT also admits having filed a complaint in this Judicial District alleging infringement of U.S. Patent Nos. 5,830,604 and 5,922,417. Except as expressly admitted, SciMAT denies.

41. SciMAT admits.

### First Counterclaim – Declaratory Judgment of Patent Invalidity

42. SciMAT repeats its responses to paragraphs 38 through 41 as if set forth fully herein.

43. SciMAT denies.

### Second Counterclaim – Declaratory Judgment of No Infringement

44. SciMAT repeats its responses to paragraphs 38 through 43 as if set forth fully herein.

45. SciMAT denies.

### Third Counterclaim – Declaratory Judgment of Patent Unenforceability

46. SciMAT repeats its responses to paragraphs 38 through 45 as if set forth fully herein.

47 SciMAT denies.

48. SciMAT denies.

49. SciMAT denies that Hollingsworth & Vose's case is exceptional within the meaning of meaning of 35 U.S.C. § 285.

////

////

////

SciMAT LIMITED

By its attorneys,

*[signature]*

Sarah Chapin Columbia (BBO# 550155)
Sam Pasternack (BBO# 390960)
Anne-Marie Dinius (BBO# 647556)
CHOATE, HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
(617) 248-5000

Dated: March 19, 2001

3232540

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY ~~MAIL~~/HAND ON

DATE 3/19/a  SIGNATURE *[signature]*